604 A.2d 1020

**Carmen NACCARATO and Rosina Naccarato, his wife, Appellants,**

v.

**MELLON BANK, N.A., Administrator of the Estate of Miles D. Mrvos, Deceased.**

Supreme Court of Pennsylvania.

Argued March 11, 1992.

Decided April 16, 1992.

Reconsideration Denied Aug. 13, 1992.

E.J. Julian, Julian & Associates, Washington, for appellants.

Deborah D. Olszewski, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

430

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.